UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:01cr52-8

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| ) | |
| RANDY MARLON HODGE. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Motion of the Government requesting that the Defendant's sentence be reduced pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. [Doc. 450].

For the reasons stated in the Government's Motion, the Court finds that the Defendant has provided substantial assistance to the Government since the imposition of his sentence of 168 months of imprisonment on May 30, 2002.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Rule 35 Motion [Doc. 450] is **ALLOWED**, and the Defendant's sentence is hereby reduced from a term of 168 months of imprisonment to a term of 108 months of imprisonment, with all other terms and conditions of the

Judgment of Conviction [Doc. 293] entered on June 10, 2002, to remain in full force and effect.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to prepare an Amended Judgment in accordance with the terms stated herein.

**IT IS FURTHER ORDERED** that the Clerk send copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: June 11, 2010

Martin Reidinger
United States District Judge